IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| Christopher Durfee<br>2548   Rainey Allen Road<br>Tallahassee, FL 32310<br><br>Appellant<br><br><br>DEPARTMENT OF THE NAVY<br>BOARD FOR CORRECTION OF<br>NAVAL RECORDS<br>701 S. Courthouse Road, Suite 1001<br>Arlington, Virginia 22204-2490<br><br>Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ | Case No. 4:21-cv-314-MW/MJF<br><br>JUDGE WALKER<br><br>NOTICE OF VOLUNTARY<br>DISMISSSAL |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff CHRISTOPHER DURFEE hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant DEPARTMENT OF THE NAVY BOARD FOR CORRECTION OF NAVAL RECORDS.

Respectfully submitted,

*/s/Christopher Durfee*
Christopher Durfee
2548 Rainey Allen Road
Tallahassee, FL 32310
(850) 443-0785
cbdurf@gmail.com


FILED USDC FLND TL
JUN 29 '22 PM 1:53
SJB

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on Respondent, United States Attorney's Office, 111 North Adams Street, Tallahassee, FL 32301 by placing in the US Mail with adequate postage affixed thereto this 27th day of June 2021.

/s/Christopher Durfee
Christopher Durfee

Christopher Durfee
2548 Rainey Allen Road
Tallahassee, FL 32310

TALLAHASSEE FL 323
27 JUN 2022 PM 2 L

JUN 29 2022

FOREVER / USA

United States District Court
111 N. Adams St Ste 322
Tallahassee, FL 32301-7730

32301-773007